# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                      Case No.: 3:23−cr−50009

                                                           Honorable Iain D. Johnston

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2025:

       MINUTE entry before the Honorable Iain D. Johnston as to Desirae Schneider: An In Court hearing on Probation's Special Report 12B (Dkt.[3]) is set for 9/16/2025 at 10:00 AM. Desirae Schneider is ordered to appear. The Probation Office is directed to notify Desirae Schneider of the hearing. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.