# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 3:23−cr−50009
Honorable Iain D. Johnston

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

    MINUTE entry before the Honorable Iain D. Johnston as to Desirae Schneider (1): In court hearing held on 9/16/2025 on Probation's Special Report [3]. The Government objects to the proposed changes. The parties consent to give the Court time to contact the volunteer program directly. Defendant's New York counsel is directed to file an appearance on this case. An order will be issued at a later date. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.