# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Western Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                         Case No.: 3:23–cr–50009
                                                             Honorable Iain D. Johnston

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable Iain D. Johnston as to Desirae Schneider (1): With the parties' consent, the Court has communicated with the Northern Illinois Food Bank and is ready to report its findings to the parties. A telephonic status hearing is set for 10/21/25 at 9:30 AM CST. The call–in number for all parties is 650–479–3207 and the access code is 23116155150#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.