# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Western Division

UNITED STATES OF AMERICA
Plaintiff,

v.   Case No.: 3:23−cr−50009
Honorable Iain D. Johnston

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 21, 2025:

MINUTE entry before the Honorable Iain D. Johnston as to Desirae Schneider: Status hearing held on 10/21/2025. The parties are given time to confer and pursue other options. A written status report shall be filed by 10/31/2025. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.